JODI LINKER Bar No. 230273
Federal Public Defender
Northern District of California
TAYLOR FATHERREE, Bar No. 358709
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Taylor_Fatherree@fd.org

Counsel for Jennifer RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JENNIFER RAMOS,

Defendant.

**Case No.:** CR 26-321 RS

**[~~PROPOSED~~] ORDER FOR RELEASE FROM CUSTODY**

///

///

///

///

///

///

///

///

**[~~PROPOSED~~] ORDER FOR RELEASE FROM CUSTODY**

Jennifer Ramos shall be released from the custody of the United States Marshal Service FORTHWITH on August 17, 2026. She shall comply with all previously imposed conditions of her supervised release and reside at Tahanan House. She shall appear for status conferences on the duty calendar on August 18, 2026 at 11 a.m. and August 24, 2026 at 11 a.m.

IT IS SO ORDERED.

August 17, 2026
Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge